

PABLO A. FERNANDEZ
SENIOR ASSOCIATE
DIRECT TEL.: 516.355.9628
DIRECT FAX: 516.355.9660
PFERNANDEZ@RFRIEDMANLAW.COM

June 24, 2021

**VIA ECF ONLY**

Honorable Roslynn R. Mauskopf
United States District Court Judge
United States District Court, Eastern District New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re.:    Feinstein v. County of Nassau, et al.
               19-CV-1438 (RRM)(AKT)

Dear Judge Mauskopf:

The Russell Friedman Law Group, LLP represents Plaintiff Michael Aron Feinstein in connection with the above-referenced matter.

I write to respectfully request that Mr. Daniel Scott Hallack be removed from the docket and as attorney on this matter as he is longer employed with The Russell Friedman Law Group, LLP.

Thanking the Court for its time and consideration, I remain

                                  Respectfully,
                                  **THE RUSSELL FRIEDMAN LAW GROUP, LLP**
      By:    */S Pablo A. Fernandez*
                    Pablo A. Fernandez

cc:    Ralph J. Reissman (*Via ECF Only*
       Callan Wright Tauster (*Via ECF Only*)